RECEIVED IN
The Court of Appeals
Sixth District

FEB 1 2 2015

Texarkana, Texas
Debra Autrey, Clerk

Febuery 6th, 2015

FILING
The Court of Appeals
Sixth District

FEB 1 3 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Sixth Court of Appeals
Chief Justice
Josh R. Morriss III
Bi-State Justice Bldg
100 N. State Line Ave No 20
Texarkana, Tx 75501-5666

RE: Cause No 19,261-2006
State of Texas V. Lipscomb
Wood County, Tx

I have come to Appeal the Judge's docket entry wherein he denied my Request for Appointment of Counsel Pursuant to Article 64 Code of Criminal Procedure. Under Article 64.03 Code of Criminal Procedure, had DNA been provided for Testing I would'nt be Convicted of the Above styled Cause No. Please provide me with the required forms to proceed with this Appeal.

## II

I wish to have this Motion under Article 64, Code of Criminal Procedure be granted so I may prove My Innocence.

Very Sincerely yours,

Dornell Lamer Lipscomb
TDCJ# 1456044
Estelle unit
264. Fm 3478
Huntsville, TX 77320



402nd Judicial District Court
Wood County
P.O. Box 1707
G. Timothy Boswell                Quitman, Texas 75783              Joy Parker, Court Coordinator
District Judge                      (903) 763-2332                  Una Garland, Court Reporter

December 4, 2014

Dornell Lamar Lipscomb
TDCJ #1456044
Estelle Unit
264 FM 3478
Huntsville, TX  77320

          RE:    Cause No. 19,261-2006
                 State of Texas vs Lipscomb
                 Wood County, Texas

Dear Mr. Lipscomb:

       In response to your Request for Appointment of Counsel Pursuant to Article 64, Code of
Criminal Procedure, I am enclosing a copy of the Judge's docket entry wherein he denied your
request.

                                    Very sincerely yours,

                                    Joy Parker, Court Coordinator



# CRIMINAL DOCKET

## THE STATE OF TEXAS
vs.    No. _19,261-2006_
Dornell Lamar Lipscomb

| DATE OF ORDERS | | | ORDERS OF COURT — CONTINUED | MINUTE BOOK | |
|---|---|---|---|---|---|
| Month | Day | Year | | Vol. | Page |
| 3 | 12 | 07 | d/ Atty · Aff · Fee | | |
| 5 | 17 | 07 | Atty/ + for Grand Witness// Bond set @ $25,000 w/ cal #1, | | |
| | | | CR: UNA GARLAND | | |
| | | | INT: Carol Washington | | |
| 8 | 10 | 07 | **REVOCATION OF PROBATION**  State and Defendant, with counsel, announced "Ready". State reads aloud Application to Revoke or said reading is waived. Defendant, after being fully admonished by the Court, enters a plea of ( ✓ "TRUE" to paragraphs _____ ( ) "NOT TRUE" to paragraphs _____ of the Application. Court accepts Defendant's plea, witnesses sworn, evidence received, arguments heard. Court finds based on the evidence and pleas before the Court that: ✓ It is "TRUE" that Defendant violated probation as alleged in paragraphs _ALL_ ( ) it is "NOT TRUE" that Defendant violated probation as alleged in paragraphs _____ ( ) the Court makes no findings as to paragraphs _____ of the Application. ✓ Defendant's probation be and it is hereby REVOKED and the Court proceeds to Final Adjudication of Guilt, and based upon Defendant's previous plea and evidence the court finds Defendant Guilty of the offense charged in the indictment and the Court assesses punishment and penalty at confinement in the Texas Department of Criminal Justice, Institutional Division for _18_ years and a $_____ fine and court costs, credit for time served and sums paid. Sentence formally pronounced and Defendant informed of rights for appeal. Defendant remanded to custody of Sheriff. | MTA 5-17-07 | |
| 8 | 10 | 07 | d/ Atty · Aff · Fee | | |
| 12 | 14 | 14 | The Court reviewed D's "Request for Counsel" & an Art. 64.01 claim, et al. revised file + facts: 1) D made request; 2) D is indigent; 3) The request is not reasonable + DNA tests cannot possibly lead to exoneration. | Tally | |

Cause No. 19,261-2006

THE STATE OF TEXAS

vs.

Dornell Lamar Lipscomb
# 1456044

§ IN THE DISTRICT COURT
§ 402 JUDICIAL DISTRICT
§ WOOD COUNTY, TEXAS
§

RESQUEST FOR APPOINTMENT OF COUNSEL PURSUANT
TO ARTICLE 64, CODE OF CRIMINAL PROCEDURE

FILED 2014 NOV 26 PH 1:20 JESSICA TURNER-CLERK DISTRICT COURT WOOD COUNTY, TEXAS

TO THE HONORABLE OF SAID COURT:
COMES NOW DEFENDANT Dornell Lamar Lipscomb,
# 1456044 AND REQUESTS APPOINTMENT OF COUNSEL
TO ASSIST DEFENDANT IN OBTAINING AN ORDER FOR DNA
TESTING FROM THE COURT PURSUANT TO ARTICLE 64.01 (C),
CODE OF CRIMINAL PROCEDURE. DEFENDANT WISHES TO
SUBMIT A MOTION PURSUANT TO CHAPTER 64 REQUESTING
DNA TESTING AND DEFENDANT IS INDIGENT. AN AFFIDAVIT
OF INDIGENCY IS ATTACHED AND INCORPORATED HERETO AS
EXHIBIT "1".

RESPECTFULLY SUBMITTED

_Dornell Lamar Lipscomb_
NAME, PETITIONER PRO-SE
# 1456044
TEXAS DEPARTMENT OF CRIMINAL
JUSTICE - INSTITUTIONAL DIVISION

DATE: 11/20/14

_____WOOD_____, COUNTY DISTRICT CLERK
Courthouse, 1 Main St 3rd FL (P.O. Box 1707)
Quitman_____, TEXAS 75783-1707

FILED
2010 NOV 26 PM 1:20
JERICA TURNER-CLERK
DISTRICT COURT
WOOD COUNTY, TEXAS

RE: Dornell Lamar Lipscomb_____
CAUSE NO. 19,261-2006_____

DEAR CLERK:

    ENCLOSED PLEASE FIND MOVANT'S MOTION FOR
APPOINTMENT OF COUNSEL, ORDER, AND AFFIDAVIT OF
INDIGENCY IN THE ABOVE STYLED CAUSE. PLEASE FILE
THIS, AND BRING IT TO THE ATTENTION OF THE COURT.

    YOUR ASSISTANCE IN THIS MATTER IS GREATLY APPRECIATED.

                        SINCERELY,
                        Dornell Lamar Lipscomb
                        MOVANT, PRO-SE
                        T.D.C.J.-I.D. No. #1456044
                        ESTELLE UNIT
                        264 FM ROAD #3478
                        HUNTSVILLE, TX 77320

CAUSE No. 19,261-2006

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| vs. | | 402 JUDICIAL DISTRICT |
| Dosnell Lamar Lipscomb | § | WOOD COUNTY, |
| # 1456044 | § | TEXAS |

## ORDER APPOINTING ATTORNEY

CAME ON THIS DAY FOR CONSIDERATION, THE DEFENDANT'S RESQUEST FOR APPOINTMENT OF COUNSEL TO ASSIST HIM IN OBTAINING DNA TESTING PURSUANT TO ARTICLE 64.01 (c), CODE OF CRIMINAL PROCEDURE. THE COURT HAS REVIEWED THE REQUEST AND AFFIDAVIT OF INDIGENCY IN THIS MATTER AND IT IS HEREBY ORDERED THAT AN ATTORNEY SHALL BE APPOINTED TO REPRESENT DEFENDANT PURSUANT TO ARTICLE 64.01 (c), C.C.P. ACCORDINGLY THE FOLLOWING ATTORNEY IS HEREBY APPOINTED AND INSTRUCTED TO CONTACT HIS/HER CLIENT REGARDING THIS MATTER.

ATTORNEY'S NAME : _____

ADDRESS : _____

_____

_____

IT IS FURTHER ORDERED THAT A COPY OF THIS ORDER SHALL BE SENT TO THE DEFENDANT BY THE CLERK OF THIS COURT.

_____
JUDGE PRESIDING

# EXHIBIT 1

## DECLARATION OF INABILITY TO PAY COST
(THE FOLLOWING DECLARATION IS MADE PURSUANT TO THE TEXAS RULE OF CIVIL PROCEDURE AND TITLE 6, CHAPTER 132 OF THE CIVIL PRACTICE AND REMEDIES CODE.)

NOW RESPECTFULLY COMES Darnell Lamar Lipscomb, # 1456044 AND DECLARES THAT I AM UNABLE TO PAY THE COURT COSTS IN THIS CIVIL ACTION AND REQUEST LEAVE OF THE COURT TO PROCEED IN FORMA PAUPERIS IN THIS ACCOMPANYING CIVIL ACTION AND WOULD SHOW THE COURT THE FOLLOWING:

(1) I AM PRESENTLY INCARCERATED IN THE ESTELLE UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE WHERE I AM NOT PERMITTED TO EARN OR HANDLE MONEY.

(2) I HAVE NO SOURCE OF INCOME OR SPOUSAL INCOME.

(3) I CURRENTLY HAVE $ 20.00 CREDITED TO ME IN THE INMATE'S TRUST FUND.

(4) DURING MY INCARCERATION IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE I HAVE RECEIVED APPROXIMATELY $ 20.00 PER MONTH AS GIFTS FROM RELATIVES AND FRIENDS.

(5) I NEITHER OWN NOR HAVE AN INTEREST IN ANY REALTY, STOCKS, BONDS, OR BANK ACCOUNTS AND I RECEIVE NO INTEREST OR DIVIDEND INCOME FROM ANY SOURCE.

(6) I HAVE ___0___ DEPENDENTS.

(7) I HAVE TOTAL DEBTS OF APPROXIMATELY $ ___0___.

(8) I OWE $ ___0___ AS RESTITUTION.

(9) MY MONTHLY EXPENSES ARE APPROXIMATELY $ ___0___.

     I, ___Dornell Lamar Lipscomb___, # ___1456044___, BEING PRESENTLY INCARCERATED IN THE ESTELLE UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN WALKER COUNTY, TEXAS, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT. EXECUTED ON THIS THE _20_ DAY OF _November_, 20_14_.

___Dornell Lamar Lipscomb___
SIGNATURE
___Dornell Lamar Lipscomb___
PRINTED NAME

T.D.C.J.-I.D. No. # ___1456044___